■ In the Matter of ALEXANDER HIRSCH against TEMPORARY STATE HOUSING RENT COMMISSION.— Motion to dismiss appeal granted, with $10

costs, unless the appellant procures the record on appeal and appellant's points to be served and filed on or before December 8, 1959, with notice of argument for the January 1960 Term of this court, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Breitel, McNally, Stevens and Bastow, JJ.